# Exhibit 1

| Officer | Image |
|---|---|
| J. Doe Officer #1 |   |
| J. Doe Officer #2 |   |
| J. Doe Officer #3 |  |

| | |
|---|---|
| J. Doe Officer #4 |  |
| J. Doe Officer #5 |  |
| J. Doe Officer #6 |  |
| J. Doe Officer #7 |  |